

Douglas B. Lipsky - Partner

420 Lexington Avenue, Suite 1830
New York, New York 10170
Main:  212.392.4772
Direct:  212.444.1024
Fax:  212.444.1030
doug@lipskylowe.com

www.lipskylowe.com

February 16, 2021

VIA ECF
The Honorable Sidney H. Stein, U.S.D.J.
U.S. District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

Re:   Nisbett v. Very Great Inc., 1:21-cv-236 (SHS)

Dear Judge Stein:

This firm represents Plaintiff Kareem Nisbett in this website accessibility case under the Americans with Disabilities Act, New York State Human Rights Law and New York City Human Rights Law. We respectfully request an adjournment of the February 19, 2021, 11:00 a.m., Initial Pretrial Conference.

Defendant was served with the Summons and Complaint on February 8, 2021, making its responsive pleading due on February 26. (Doc. No. 6). However, no attorney representing the Defendant has contacted this firm nor filed a Notice of Appearance. This is possibly because it was served via the Secretary of State of New York, as a delay sometimes occurs between a company being served under this method and receiving notice of being served. Because of this likelihood and to conserve judicial resources, Plaintiff makes this request to adjourn the conference for 30 days.

This is the first request to adjourn this conference. The adjournment, if granted, would not affect any other deadlines or conferences.

We appreciate the Court's consideration of this request.

Respectfully submitted,
LIPSKY LOWE LLP


s/ Douglas B. Lipsky
Douglas B. Lipsky

**The teleconference is adjourned to April 30, 2021, at 10:00 a.m.**

Dated: New York, New York
       February 16, 2021

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.