![Dentons logo]

Timothy J. Straub
Managing Associate

timothy.straub@dentons.com
D +1 212 768 6821

Dentons US LLP 1221
Avenue of the Americas
New York, NY 10020-1089
United States

♦♦ Salans FMC SNR Denton McKenna Long
dentons.com

March 29, 2021

**MEMO ENDORSED**

<u>VIA ECF</u>

The Honorable Sidney H. Stein
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Nisbett v. Very Great Inc. d/b/a Courant,* Case No. 1:21-cv-00236-SHS

Dear Judge Stein:

We represent defendant Very Great Inc. d/b/a Courant ("Defendant") in the above-referenced matter. Together with counsel for plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty five (45) days, from March 29, 2021 to May 13, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation. Once those efforts are complete, the parties will file a stipulation of voluntary dismissal.

<i>/s/ Timothy J. Straub</i>
Timothy J. Straub

cc:   All counsel of record (by ECF)

**The last day for defendant to respond to the complaint is extended to May 31, 2021. The April 30 initial conference is adjourned to June 2, 2021, at 10:00 a.m. unless the stipulation of dismissal is filed before June 2, 2021.**

**Dated:  New York, New York
         March 29, 2021**

SO ORDERED

*[signature]*
SIDNEY H. STEIN
U.S.D.J.