UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

KAREEM NISBETT, individually and on behalf : 21-Cv-236 (SHS)
of all other persons similarly situated,

                               Plaintiffs,        **ORDER**

    -v-

VERY GREAT INC., d/b/a Courant,

                               Defendant.

------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

    The plaintiff having filed a notice of voluntary dismissal with prejudice [Doc. No. 18] and the Clerk of Court having closed this case on April 30, 2021,

    IT IS HEREBY ORDERED that the Clerk of Court is directed to amend the caption as follows:

------------------------------------------------------------x

KAREEM NISBETT,

                               Plaintiff,

    -v-

VERY GREAT INC., d/b/a Courant,

                               Defendant.

------------------------------------------------------------x

Dated: New York, New York
May 3, 2021

                               SO ORDERED:

                               Sidney H. Stein, U.S.D.J.